UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Mark Anthony Kennedy,<br><br>                      Petitioner,<br>v.<br><br>Ronald E. Oliver,<br><br>                      Respondent. | Case No. 3:24-cv-00144-ART-CLB<br><br>Order Granting Stipulation to Extend Time to Reply to Answer to February 18, 2025<br><br>(ECF No. 13) |
|---|---|

      The parties have filed a joint stipulation to extend the deadline for Mark Anthony Kennedy to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 13.)

      It is ordered that the stipulation for extension of time **(ECF No. 13) is granted. The deadline to file the reply is extended to February 18, 2025.**

      DATED THIS 4th day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE